

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00512-CR

Robert Lee **CRIDER**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17583
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

SIGNED September 25, 2019.

_____
Rebeca C. Martinez, Justice